# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

SAHI COSMETICS L.L.C.,

        *Plaintiff,*

v.

 REA.DEEMING BEAUTY, INC. D/B/A
BEAUTYBLENDER

        *Defendant.*

CASE NO.:

JURY TRIAL DEMANDED

## INDEX OF EXHIBITS

Exhibit A- Sarah Rahal, Downtown Spring Markets Celebrate Small Businesses, The Detroit
    News (May 5, 2018),
    https://www.detroitnews.com/story/business/careers/professional-
    development/2018/05/24/detroit-downtown-spring-markets/642250002/.

Exhibit B- Kelly Kovack, Target Takeoff Accelerator 2019: 10 Emerging Beauty Brands,
    BeautyMatter (Feb. 8, 2019), https://beautymatter.com/2019/02/target-takeoff-
    accelerator-2019-10-emerging-beauty-brands/.

Exhibit C- Deanna Utroske, Sahi Cosmetics Participating In University of Michigan's Desai
    Accelerator, Cosmeticsdesign.com (Jan. 25, 2017),
    https://www.cosmeticsdesign.com/Article/2017/01/25/Sahi-Cosmetics-participating-
    in-University-of-Michigan-s-Desai-Accelerator.

Exhibit D- Sarah Schmid Stevenson, Sahi Cosmetics Offers Science-Backed Products For Olive
    Skin Tones, Xconomy (Sept. 6, 2017), https://xconomy.com/detroit-ann-
    arbor/2017/09/06/sahi-cosmetics-offers-science-backed-products-for-olive-skin-tones/.

Exhibit E- Tom Henderson, UM Fund Invests $100,000 in Cosmetics Startup, Crain's Detroit
    Business (Aug. 24, 2017, 7:36 AM),
    https://www.crainsdetroit.com/article/20170824/news/637171/um-fund-invests-
    100000-in-cosmetics-startup

Exhibit F- Annalise Frank, <u>Wireless Audio, Health Care Platform Among 2nd Round of Desai</u>
   <u>Accelerator Program This Year</u>, Crain's Detroit Business (Jul. 17, 2017, 11:54 AM),
   https://www.crainsdetroit.com/article/20170717/news/634056/wireless-audio-health-
   care-platform-among-2nd-round-of-desai

Exhibit G- Tyler Clifford, <u>Sahi Wins $100,000 in Rise of the Rest Pitch Competition</u>, Crain's
   Detroit Business (Oct. 12, 2017, 7:28 AM),
   https://www.crainsdetroit.com/article/20171012/news/641871/sahi-cosmetics-wins-
   100000-in-rise-of-the-rest-pitch-
   competition#:~:text=Shelly%20Sahi%20(center)%2C%20founder,Sahi%20said%20i
   n%20an%20email.

Exhibit H- Laura Cassar, <u>20 In Their 20s 2019: Sheleen Sahi, 29 CEO & Founder, Sahi</u>
   <u>Cosmetics</u>, Crain's Detroit Business, https://www.crainsdetroit.com/awards/sheleen-
   sahi-2019-20-20s.

Exhibit I- Amanda Ostuni, <u>Target Attracts 10 Beauty Startups For Third-Annual Target Takeoff</u>
   <u>Accelerator Program</u>, Twin Cities Business (Jan. 30, 2019),
   https://tcbmag.com/target-attracts-10-beauty-startups-for-third-annual-target-takeoff-
   accelerator-program/.

Exhibit J- Sarah Rigg, <u>Cosmetics Company Wins Best Business at Michigan Business</u>
   <u>Challenge</u>, concentrate (Feb. 22, 2017),
   https://www.secondwavemedia.com/concentrate/innovationnews/sahicosmetics0399.
   aspx.

Exhibit K- Sahi Cosmetics L.L.C. Instagram Posts showing Sahi Cosmetics L.L.C. Pop-Up
   Store at Macy's in Westminster, California (Apr. 2, 2019),
   https://www.instagram.com/stories/highlights/17867984602356826/.

Exhibit L- Email from Sakija Wilkinson, MBDA Research Analyst & MMSDC Customer
   Service Coordinator, Mich. Minority Supp. Development Counsil, to Sheleen Sahi,
   CEO & Founder of Sahi Cosmetics (Aug. 23, 2019, 9:57 AM) (on file with
   Plaintiff).

Exhibit M- <u>FabFitFun Fall 2019 Edit Sale Spoilers!</u>, Hello Subscription (Sept. 28, 2018),
   https://hellosubscription.com/2018/09/fabfitfun-fall-2018-edit-sale-spoilers/.

Exhibit N- Michigan State Trademark Registration No. 802571178.

# EXHIBIT A

https://www.detroitnews.com/story/business/careers/professional-development/2018/05/24/detroit-downtown-spring-markets/642250002/ 01/11/2021



**The Detroit News**

**BREAKING NEWS:** Michigan begins paying extra $300 to state's unemployed ✕

News   Sports   Autos   [ Business ]   Michigan   Life + Home   Entertainment   Opinion   Obituaries

Advertisement - scroll for more content

-11%   -12%   -11%

Free Shipping Sitewide
4seating.com

PROFESSIONAL DEVELOPMENT

# Downtown spring markets celebrate small businesses

**Sarah Rahal** The Detroit News
Published 11:27 p.m. ET May 24, 2018 | Updated 12:55 a.m. ET May 25, 2018

View Comments    ✉



Paisley Paper Co. in Capitol Park makes cards and paper goods. *Sarah Rahal, The Detroit News*

The tiny glass-house markets are back in full swing for spring, celebrating local entrepreneurship at three markets in downtown Detroit.

After the success of 30 unique vendors in the holiday markets this past winter, Bedrock and the Quicken Loans companies launched the spring version with expansions.

The first phase of market vendors opened Thursday with more than 30 Detroit-based entrepreneurs. The vendors include products from apparel and accessories to food and drinks spread throughout 1441 Woodward Collective, Capitol Park and Cadillac Square.

Ashley Gold, formerly associated with the reality show "Hardcore Pawn," started her handmade jewelry brand, which launched at the holiday market. She returns this spring to Cadillac Square after nearly doubling her business revenue through the market.

"As a result of last winter, we saw more than a 40 percent increase in sales, so of course, when there was an opportunity to return, we were all in," Gold said. "We're looking forward to the foot traffic and raising awareness of our brand."

## More Stories


**Boston Marathon bomber sues over ballcap, showers in prison**
NEWS


**Capitol Police officer dies in apparent suicide**
NEWS


**Jimmy and Rosalynn Carter won't attend Biden's inauguration**
NEWS

*Notice our new look? As you get used to things, please let us know what you think!*

Advertisement



Ashley Gold in Cadillac Square returns after the holiday markets with more handmade jewelry. *Sarah Rahal, The Detroit News*

Officials said this spring, more than half of the vendors are minority- and women-owned. The second phase of vendors will be announced mid-summer.

During the outdoor winter markets, customers escaped the cold into the heated glass shops. On opening day Thursday, Detroit had a high of 82 degrees, and it was hotter inside the glass shops. Some shops, including those selling cosmetics and food, closed for the day after products began melting.

Advertisement

"I bought an AC unit for the 10-foot space because it's like a greenhouse effect in there," said Steve Mansour, owner of Ink Detroit apparel brand. "We're mainly online and this helps us attract more retail customers and new people who want to see and touch the product before buying online ... It's a little toasty, but I think if people came out in the blizzard, they'll come when it's sunny."

The Cadillac Square Beer Garden will open Friday in the same location as the former Cadillac Lodge. Central Kitchen and Bar will serve cocktails, wine, frozen drinks and beer from Atwater Brewery and Great Lakes Beverage Co. The Garden will be open noon to 11 p.m. Tuesday-Thursday; 11 a.m. to 7 p.m. Friday-Saturday; and noon to 8 p.m. Sunday.



Cadillac Beer Garden opens Friday in Cadillac Square. *Sarah Rahal, The Detroit News*

The following markets are open through July 1.

**1441 Woodward Collective**

- **Fit Behavior** - Women's clothing
- **Detroit GT** - Detroit apparel brand
- **Ferne Boutique** - Women's clothing
- **David Vintage** - Men's and women's streetwear
- **MATURE** -Men's products and attire
- **Mira Estell** - Handbags and accessories
- **Purpose Planner** - Stylish stationery
- **Elaine B** - Handmade jewelry
- **Goldeluxe** - Handmade jewelry
- **Pingree Detroit** - Leather and hemp totes
- **Front & Scenter** -Home sensory impressions
- **12th & VIV** - Handmade candles, creams and scrubs
- **Beau Dillion** - Bow-ties

Open 11 a.m. to 7 p.m. Tuesday-Sunday



Capitol Park features more than 10 popup shops and food carts Tuesdays through Sundays. *Sarah Rahal, The Detroit News*

## Capitol Park

- **Well Done Goods -** Detroit apparel
- **Merit -** Clothing and accessories that help fund college scholarships
- **Le Detroit Macaron -** Taste of France in Detroit
- **Dale & Blue -** 100 percent linen dyed by hand
- **SAHI Cosmetics -** Luxury makeup for ethnic skin tones
- **Paisley Paper Co. -** Cards and paper goods
- **Pewabic Pottery -** Handcrafted ceramic art
- **Touch -** Natural skincare and hair care
- **Detroit Dough -** Edible cookie dough
- **Susan's Tarts -** Lemon tarts

*Open 11 a.m. to 7 p.m. Tuesday-Sunday*



Cadillac Square Markets return for spring-summer markets through July 1. *Sarah Rahal, The Detroit News*

## Cadillac Square

- **Ink Detroit -** Detroit apparel
- **Ashley Gold -** Handmade, fashionable jewelry

- **York** - Streetwear that donates kits to homeless
- **Flamingo Vintage** - 1920s Men's and women's clothing and accessories
- **Albert's General Store -** Curated Michigan home décor, gifts and clothing
- **Motor City Popcorn** - Gourmet popcorn
- **Made in Detroit** - Apparel for Detroiters

*Open 11 a.m. to 7 p.m. Tuesday - Sunday*

srahal@detroitnews.com

  





**The Whiskey Revolution Spirit Box**

Spirit Hub | Sponsored



**These Twins Were Named "Most Beautiful In The World," Wait Until You See Them Today**

Post Fun | Sponsored



**Chrissy Metz Shows Off Massive Weight Loss In Fierce New Photo**

Swift Verdict | Sponsored



**Imagitarium Brooklyn Metal Tank Stand - for 40 Gallon Tanks**

Petco | Sponsored



**beautyblender® Opal Essence™ Moisturizing Serum Primer**

HSN | Sponsored



**The Dating Site for Highly-Educated Singles in Addison**

EliteSingles | Sponsored



**Many failed before. Will you complete the trial?**

Hero Wars | Sponsored



**Man Who Predicted 2020 Crash 45 Days Early Issues Next Major Warning**

The Legacy Report | Sponsored





# EXHIBIT B

## TARGET TAKEOFF ACCELERATOR 2019: 10 EMERGING BEAUTY BRANDS



By *Kelly Kovack* Posted *February 8, 2019* In *Brands, Insight, Retail*

 



### RECENT POSTS


**BATH & BODY WORKS TO OPEN 20 STORES IN ISRAEL**
January 11, 2021


**ZERO-WASTE BEAUTY BRAND EVERIST RAISES OVERSUBSCRIBED PRE-SEED FUNDING ROUND**
January 11, 2021


**HERO COSMETICS LANDS MINORITY INVESTMENT FROM ARIA GROWTH PARTNERS**
January 11, 2021


**CARMINE MONTALTO AKA SKINCARMA – THE ULTIMATE SKINFLUENCER**
January 11, 2021

The Target Takeoff Accelerator has a product-centric focus and an abbreviated five-week format to provide emerging brands an opportunity to deepen their retail know-how. The program consists of virtual and face-to-face workshops and mentoring aimed at helping young brands scale and accelerate their market readiness.

This year's 10 emerging beauty participants in the program:

1. Allyoos: Innovative haircare that works on all hair types, known for its clean-ingredient product. Their hero products are a one-step wash and strand soak.
2. Black Chicken Remedies: A popular Australian brand focused on wellness and recovery that harness the powers of essential oils and all-natural ingredients.
3. Dulcalm Skincare: Grounded in a mission to create quality, multitasking skincare products for people on the go. Their hero products include Multitastic Balm, Sink Free Facial Kit, and Walk Out Clean Wipes.
4. Everyday For Every Body found white space in the sunscreen market with an inclusive and affordable sunscreen and Australian lifestyle brand based on superfood-infused products.
5. Olive +M is an all-natural skincare brand focused on bringing clean ingredient olive oil-based products to the market.
6. Pholk: Inspired by the folk beauty and botanicals of the African Diaspora, Pholk creates natural vegan skincare products with non-comedogenic botanicals.
7. SAHI Cosmetics: Formulated by a scientist from the Midwest that offers luxury makeup for every skin tone ensuring their products match three different undertones, from light to dark.
8. SkinKick has a mission to give everyone clear skin and confidence with safe and effective products. Their DUO and TRIO product systems are formulated with 99 percent natural ingredients and no harsh chemicals.
9. Scotch Porter: A multicultural, unisex head-to-toe grooming brand offering products that are both less toxic and more effective than conventional brands.
10. Terra Origin: Vitamin and powder supplements focused on high-quality, scientifically studied ingredients that can improve overall health and well-being.

Applications for the next program close on February 24, and the program will begin on May 6.

*Photo: via Target*

*BY: KELLY KOVACK*

✉

RECENT POSTS





market.

6. Pholk: Inspired by the folk beauty and botanicals of the African Diaspora, Pholk creates natural vegan skincare

| Stores in Israel | raises over £1.05C/USD in Seed Funding Round | investment from Shiseido own Partners |
|---|---|---|

## ABOUT

Founder Kelly Kovack provides a fresh voice to the beauty industry with content from her perspective, and through her lens. BeautyMatter also publishes highly curated news and exclusive original pieces by thought leaders and beauty insiders.

## CONTACT

info@beautymatter.com

90 William St, NY, NY, 10038

## MORE

MY ACCOUNT

ABOUT BEAUTYMATTER

TERMS OF USE

PRIVACY

Copyright All Rights Reserved © 2018




# EXHIBIT C







FOLLOW US

# Sahi Cosmetics participating in University of Michigan's Desai Accelerator

By Deanna Utroske
25-Jan-2017 - Last updated on 31-Jan-2017 at 02:28 GMT



image courtesy of Sahi Cosmetics

RELATED TAGS: Entrepreneurship, Sahi cosmetics

**The color cosmetics startup is among only five businesses invited to join the Winter 2017 cohort of the Desai Accelerator, a program designed to help passionate entrepreneurs, like Sahi Cosmetics founder Sheleen Sahi, succeed.**

Beauty brands and services that cater to underserved consumers are becoming a big business and changing the industry landscape. Sahi Cosmetics is poised to be a part of the movement.

Sheleen Sahi launched her eponymous makeup brand at the start of 2016 to meet the needs of beauty consumers with olive and yellow under tones to their skin. *"Women of Hispanic, Indian, Arabic, Asian, and Mediterranean decent find it difficult to match products with their complexions because most companies target Caucasian skin tones,"* the Sahi Cosmetics site explains.

It's that mission the company will work to expand on at the University of Michigan's Desai Accelerator.

**Support system**

*"Entrepreneurs are running fast in many different directions fueled by creativity and energy. Receiving guidance and support at the right time is key to becoming a successful entrepreneur,"* Angela Kujava, the accelerator's incoming managing director, says is a press release.

Sahi Cosmetics received Kickstarter funding from seven founding sponsors. Now, as part of the Desai Accelerator the company will receive an additional $25,000. Office space, mentorship, and business resources like cloud credits, legal advice, and HR services are also part of the opportunity.

Sheleen Sahi is a University of Michigan alum, having earned a Master of Business Administration



PRODUCTS    VIEW MORE

ORACLE NETSUITE | DOWNLOAD TECHNICAL / WHITE PAPER
How Inventory Management Impacts Supply Chain

TRI-K INDUSTRIES INC. | DOWNLOAD DATA SHEET
Fight skin fatigue with NaturePep® Teff

ORACLE NETSUITE | DOWNLOAD INFOGRAPHIC
Infographic 6 Tips for Tackling Physical Inventory

THE LEBERMUTH COMPANY | DOWNLOAD RESEARCH STUDY
Lebermuth's S/S 2022 Fragrance Trend Report

NAOLYS | DOWNLOAD RESEARCH STUDY
Grape cells for a uniform and radiant complexion : Healthy Perfection (Vitis flower)²

TAGRA BIOTECHNOLOGIES | WATCH PRODUCT PRESENTATION
Tagra WS SA50™ Water-Soluble Salicylic Acid



WEBINARS

ON-DEMAND WEBINARS

COVESTRO AG
Responsible Makeup with Naturally-Derived Film Former Baycusan® eco E 1001

Embracing the grey gradient

SYMRISE
Conscious Care: Purposeful Protection

SYMRISE
The Symrise cosmetic ingredients webinar series

WEBINAR
Skin Microbiome

ACTERA INGREDIENTS
Finding epic performance in hair care without sacrificing the bottom line. Meet the only true repair peptide.

degree just last year. In her bio on the Sahi site, she notes that her *"background in biology, chemistry, engineering, as well as research helped me transition into the role of a cosmetic developer and founder."*

Besides Sahi Cosmetics, startups participating in the Desai Accelerator this term include: Circadian Risk (a mobile software), an app called Food Stand, ScoutDay (networking for high school athletes and college coaches), and Warmilu (non-electric warming tech).

**New management**

Angela Kujava has just come on board as the Desai Accelerator's managing director. Most previously Kujava was director of innovation at application development firm Logic Solutions. She's long been a supporter of founders and startups, and the University of Michigan is grateful she'll be leading the accelerator.

*"Angela is the ideal leader to forge the future direction of the Desai Accelerator and help the program grow against the backdrop of an ever-evolving entrepreneurial landscape,"* Stewart Thornhill, executive director of the Zell Lurie Institute, says in the press release. *"Her strong background in technology and startup consulting will be integral to the success of our entrepreneurs."*

As for Kujava, she's ready to set to work and help advance businesses like Sahi Cosmetics: *"We have exceptional startups in our Desai community, including several founded by Michigan alumni, and I am excited to begin the work of helping them reach the next stage,"* Kujava says.

Copyright - Unless otherwise stated all contents of this web site are © 2021 - William Reed Business Media Ltd - All Rights Reserved - Full details for the use of materials on this site can be found in the Terms & Conditions.

RELATED TOPICS: Brand Innovation, Business & Financial, Financial focus, Color Cosmetics

| Subscribe to our FREE newsletter | Your e-mail address | Subscribe |

**RELATED NEWS**  SHOW MORE +



**More funding for beauty startup Sahi Cosmetics**



**Indie beauty brand Sahi Cosmetics secures six-figure funding**



**In color cosmetics, complexion products and skin care benefits are winning**



**Sahi Cosmetics claims thousands in funding at Michigan Business Challenge**

**Show more**

**RELATED PRODUCTS**  SHOW MORE +



**CameleonCaps™ Brochure: Asian Shade Chart**

Tagra Biotechnologies | 09-Nov-2020 | Product Brochure

Asian skin tones often present a challenge for cosmetics manufactures so: we created a special brochure with a shade chart dedicated to Asian skin tones...



**New age preservative! Amino acid based & eco-friendly**

TRI-K Industries Inc. | 02-Nov-2020 | Data Sheet

TRI-K Industries, Inc., has launched a new eco-friendly preservative! Galguard Trident S uses an environmentally friendly, award winning smart catalysis...



**Clean Cosmetics inspiration by Cargill Beauty**

Cargill Beauty | 26-Oct-2020 | Product Brochure

Color Cosmetics has been challenged to find clean beauty

**HEADLINES**


Amyris to launch hair care brand formulated with hemi-squalane


Aveda goes 100% vegan, removing all bee-derived ingredients from formulations


New ownership for beauty packaging distributor TricorBraun


Personal care brand Native launches collab with Justina Blakeney


Beauty vitamin maker HUM Nutrition launches stress reducing supplement


AHPA calls for nominations for 2021 awards


Cosmetic ingredient safety: SCCS closes comment period on endocrine disruptor and nano toxicity prelim opinions


CEO Stacey David leads fragrance maker Belle Aire Creations into the New Year


Freeze-Dried Beauty: the next generation of waterless skin care is here


Avon in North America gets a new name: The Avon Company


Rodan + Fields ups commitment to refillable, reusable, and recyclable beauty packaging

**PROMOTIONAL FEATURES**


BY INOLEX
Embracing a New Generation of Sensory Technology


BY DSM NUTRITIONAL PRODUCTS EUROPE LTD.
See it! Feel it! Love it! Sensory modifiers add instant appeal to beauty products


BY TAGRA BIOTECHNOLOGIES
Tagra Biotechnologies: Improving cosmetic microencapsulation to create new user experiences

**More promotional features**

ingredients that perform in facial makeup applications.
Cargill Beauty is creating more solutions...

### Responsible Makeup with Naturally-Derived Film Former Baycusan® eco E 1001

Covestro AG | Recorded the 19-Nov-2020 | Webinar

Join us and discover the new film forming polymer
Baycusan® eco E 1001! This naturally-derived ingredient
according to ISO 16128 will support you with...

REGISTER FOR FREE >

**Show more**

---

**RELATED SUPPLIERS**

Acme-Hardesty Company | APRINNOVA – A joint venture of AMYRIS and NIKKOL Group |
Citróleo Group | Dandi Day A Conscious Beauty Firm | Elementis | Floratech | Halistar |
IQPC | ithos Global, Inc. | Jarchem | Jungbunzlauer | Sensient Cosmetic Technologies |
Unicep Packaging | William Reed

---

#### Free newsletter sign up

Your e-mail address        **Subscribe**

Sign up to our free newsletter and get the latest news
sent direct to your inbox

#### CosmeticsDesign

Apply to reuse our content
Press Releases – Guidelines
About us
Advertise with us
Contact the Editor
Recommend this page
Report a technical problem

#### Resources

Whitelist our newsletters
Editorial calendar
RSS Feed
Podcast
FAQ

William Reed

© William Reed Business Media Ltd 2021. All rights reserved.

This website uses cookies. By continuing to browse our website, you are agreeing to our use of cookies. You can learn more about cookies by visiting our **privacy & cookies policy** page.

**I Agree**

# EXHIBIT D





# Sahi Cosmetics Offers Science-Backed Products for Olive Skin Tones

**Sarah Schmid Stevenson**
September 6th, 2017

@xconomy    Like Us



Shelly Sahi, founder and CEO of **Sahi Cosmetics**, thought she wanted to be a doctor. It wasn't until she finished her undergraduate studies at the University of Michigan that she realized how burnt out she was—and that a career in the medical field was actually her parents' dream, not hers.

"I discovered entrepreneurship later because I didn't think it would be an option," she explains. "I have a very science-y background, and entrepreneur was not on the list of careers I was allowed to explore."

After a heart-to-heart with her parents, Sahi changed course and instead ended up landing a job in material science research at Ford. She worked her way up to a position in the automaker's business office and took classes at night, earning an MBA from U-M in less than three years.

SHARE



Reprints

"I loved new car technology and thought I'd stay in luxury goods for the rest of my life," she says. But then she was bitten by the entrepreneurial bug after taking a few innovation courses. In 2015, she went to the university's **Zell Lurie Institute for Entrepreneurial Studies** with an idea.

"I had always done people's makeup for proms and weddings for fun," Sahi says. "I knew I had a problem finding makeup to match my olive skin, but so did other ladies with brown skin." If someone complimented Sahi on her lipstick and asked about the brand and shade, she would tell them to get a pen and paper, because it was a custom mix of five lipsticks she had blended together.

So she pitched Zell Lurie on a line of beauty products for ethnic skin tones, particularly those with olive or yellow undertones—typically women of Arabic, Indian, Pakistani, Mediterranean, and Hispanic descent—that would incorporate her material science knowledge. Most makeup is formulated for Caucasian skin, Sahi points out, resulting in options that require additional blending to flawlessly match non-white skin.

"It felt really natural talking about the issues us brown girls have; it felt really easy," she recalls.

The folks at Zell Lurie loved the idea, she says, and helped her create a framework for the company. Sahi Cosmetics officially launched after a successful **Kickstarter campaign** in 2016 and late last month, the student-led **Zell Lurie Founder's Fund** doubled down on its support by announcing it had made a $100,000 investment in Sahi's company.

The company's website went live in May, and it carries a full line of products: concealer, foundation, eye shadow, blush, mascara, lipstick, and more. The prices skew toward the premium end of the spectrum, but they're not unreasonable. (Tubes of liquid lipstick are priced at $24.50, for example, and the company's newly released velvet finish diamond foundation clocks in at $45.)

Fifty-two percent of the multi-billion-dollar annual cosmetics industry is made up of customers with "tan to deep tones" in their skin, Sahi says, and she sees a big opportunity for smaller beauty brands like her company.

"It's really hard to cater products to all skin tones," she says. "Companies like L'Oreal are backing out of research and development and moving toward acquisition because they can't compete with niche brands that are doing it really well."

UNDERWRITERS AND PARTNERS

arrowhead pharmaceuticals    THIRD ROCK

HEALTH ADVANCES    HUGHES MARINO

Wisconsin Economic Development Corporation    BioMed SA SAN ANTONIO

XCONOMY INSIGHT



JUST RELEASED!
SAN FRANCISCO LIFE SCIENCE SPECIAL REPORT
The AI, Big Data and R&D Boom
FREE DOWNLOAD

FROM OUR EDITORS · SPECIAL REPORT
Xcelerating Life Sciences San Francisco: Special Report
The AI, Big Data, and R&D Boom



FROM OUR PARTNERS · SPECIAL REPORT
Robert Langer reveals secrets to early-stage biotech success
Advice for funding and future transformational opportunities

SPONSORED · WHITEPAPER
The Importance of Early Key Opinion Leader Outreach in the Biologics & Biosimilars Marketplace
Acknowledging various stakeholder networks and regulatory environment

Sahi says she'd be open to an acquisition, but only if she could stay on as the company's CEO to make sure the quality of her trademarked, science-backed products doesn't suffer. Sahi Cosmetics also emphasizes inclusivity, a sentiment that she says her customers appreciate.

"Twenty-seven percent of our customers are male because of how open and engaging our brand is, and I wouldn't want to lose that," she adds.

The four-person company is currently operating out of Ann Arbor's **Startup Garage**. Between U-M's **Desai Accelerator**, where Sahi Cosmetics was a member of the winter 2017 cohort; Zell Lurie; and assorted grants and business competition prizes, the company has so far raised a total of $200,000. Sahi says she plans to spend the new investment capital on an "aggressive marketing strategy" and further product development.

| f | Twitter | in | ✉ | Reprints |
|---|---|---|---|---|

## Trending on Xconomy







Biogen's Ehlers Leaving for Apple Tree, Steps Into Limelight as CEO

Beam Therapeutics Preps IPO and Sheds Light on Its Gene-Editing Drugs

ESMO 2019: PARP and Prostate, SeaGen's Win, KRAS Update & More

ADVERTISEMENT




DISCOVER. INVEST. CURE.
The investor conference that drives the future of drug development.
BIOTECH SHOWCASE
JAN. 11–15, 2021



Xconomy on Demand

**We offer a number of ways to subscribe for free!**

| Subscribe Now |
|---|

ADVERTISEMENT


DISCOVER. INVEST. CURE.
The investor conference that drives the future of drug development.
BIOTECH SHOWCASE
JAN. 11–15, 2021

Brought to you by
informa connect

# EXHIBIT E

https://www.crainsdetroit.com/article/20170824/news/637171/um-fund-invests-100000-in-cosmetics-startup

01/11/2021



Advertise  Newsletters  People/Company Moves  Podcasts

SUBSCRIBE   MY ACCOUNT   LOGIN

**CRAIN'S** DETROIT BUSINESS

THIS WEEK   NEWS & DATA   AWARDS   SPECIAL FEATURES   VOICES   EVENTS   CONTENT STUDIO   MORE +





Home › News

August 24, 2017 07:36 AM

# UM fund invests $100,000 in cosmetics startup

**MBA grad creates products for women with medium skin tones**

TOM HENDERSON       



REPRINTS    PRINT





Shelly Sahi, who earned an MBA from UM last year, founded Sahi Cosmetics to target women with olive and yellow undertones, who may be of Arab, Indian, Pakistani, Mediterranean and Hispanic descent, with poor makeup options.

The Zell Lurie Founders Fund at the University of Michigan has made a seed investment of $100,000 in Ann Arbor-based Sahi Cosmetics LLC, a startup that was part of last winter's cohort of companies at the Desai Accelerator.

The accelerator is a joint venture between the Zell Lurie Institute at UM's Ross School of Business and the school's College of Engineering.

The investment from the fund will help the company expand its product line for women with medium skin tones. Earlier this year, Sahi Cosmetics won the top prize of $27,000 at the Michigan Business Challenge, a business-plan competition at UM, and got an investment of $25,000 as part of its acceptance into the Desai Accelerator.

Shelly Sahi, who got her MBA from UM last year, originally intended to use her

graduate studies to advance her career at the Ford Motor Co. based in
Dearborn, but got the entrepreneurial bug at Ross' Zell Lurie Institute for
Entrepreneurial Studies.


Ads by Google
Stop seeing this ad    Why this ad? ▷

Sahi's company targets an underserved niche. Most cosmetics on the market
are made for Caucasian women with pink undertones to their skin. She says
that leaves women with olive and yellow undertones, who may be of Arab,
Indian, Pakistani, Mediterranean and Hispanic descent, with poor makeup
options.

A former materials engineer at Ford who has had this problem herself, Sahi saw
an opportunity to use her science background to produce custom blends at
scale.

"Growing up, I loved reading fashion magazines, but none of the women looked
like me. I never want another girl to be left out in that way," Sahi, who is of Indian
descent, said in a press release. Products are sold directly at
sahicosmetics.com and on Amazon.com.

The Founders Fund invests in companies founded by Ross students and recent
alumni. It was created by a 2015 gift from business magnate Sam Zell.



SIGN UP FOR NEWSLETTERS

☐ Michigan Morning - *News delivered early
Monday–Friday*

☐ Afternoon Report - *A daily summary of
stories delivered Monday–Friday afternoon.*

☐ Crain's Breaking News Alert - *News
delivered to your email as it happens.*

☐ Yes, I would like to stay informed about new
newsletters, editorial content, research
reports, data products, white papers and
surveys.

☐ Yes, please keep me informed on upcoming
events, recognition programs and awards.

EMAIL ADDRESS

[                    ]    SUBMIT

☐ I'm not a robot
   reCAPTCHA
   Privacy - Terms

RECOMMENDED FOR YOU



Rocket, Dow halt political giving as companies respond to Capitol insurrection

Read this week's issue: Flip through the pages today

The week in review, with an eye on what's next

Sponsored Content: Delivering Health Care in a COVID World



ALWAYS HERE
TO HELP MICHIGAN
BUSINESSES.    [EXPLORE RESOURCES]    MICHIGAN ECONOMIC
                                      DEVELOPMENT CORPORATION
                                      PURE PARTNERSHIP

Comments for this thread are now closed                                        ✕

0 Comments    Crain's Detroit Business    🔒 Disqus' Privacy Policy              1 Login ▾

♡ Recommend    🐦 Tweet    f Share                                      Sort by Newest ▾

This discussion has been closed.



Subscribe   Add Disqus to your site   Do Not Sell My Data                    DISQUS

## GET FREE NEWSLETTERS

Make sure you don't miss a thing by subscribing to our newsletters.

Email Address

[                    ]  SIGN UP

## SUBSCRIBE TODAY

With a Crain's Detroit Subscription you get exclusive access, insights and experiences to help you succeed in business.

SUBSCRIBE TODAY

## CONNECT WITH US

Our Mission
*Helping you succeed in business since 1985.*

CRAIN'S DETROIT BUSINESS

**CONTACT US**

1155 Gratiot Avenue
Detroit MI  48207-2997

877-824-9374

Email customer service

Crain jobs

**RESOURCES**

Manage Newsletters

Staff

Reprints

Ad Choices 

Sitemap

**ADVERTISE**

Media Kit

Advertise with us

Classified Advertising

**LEGAL**

Terms and Conditions

Privacy Policy

Privacy Request

CRAIN

CRAIN'S DETROIT BUSINESS     Get Detroit's essential news daily with Crain's free Michigan Morning newsletter.     SIGN UP     ✕

# EXHIBIT F

# CRAIN'S DETROIT BUSINESS

SUBSCRIBE     MY ACCOUNT LOGIN     MENU

Home › News

July 17, 2017 11:54 AM

## Wireless audio, health care platform among 2nd round of Desai Accelerator program this year

ANNALISE FRANK

TWEET     SHARE     SHARE     EMAIL

REPRINTS



Courtesy of Desai Accelerator

Shelly Sahi, CEO of Sahi Cosmetics, makes a pitch during Desai Accelerator's winter 2017 demo day.

CRAIN'S DETROIT BUSINESS          Get Detroit's essential news daily with Crain's free Michigan Morning newsletter.

Ann Arbor-based Desai Accelerator is working with its second cohort of the year.

The joint venture between the University of Michigan's Ross School of Business and the school's College of Engineering has previously selected one group of startups per year for its program, which provides mentoring, investments and other services to fledgling companies. But this year Desai led a cohort of five startups in the winter and has selected another four to participate in a second round this summer. The session runs through October.

The companies are:

Ascape Audio, a creator of wireless audio products
Find Your Ditto, a mobile platform that helps connect people with similar chronic illnesses
Gwydion, a virtual reality and augmented reality software developer
TwoScoreTwo, which develops products that enable more secure, expedient online commerce

It's a trend among accelerators like Desai, which started in 2015, to increase the number of mentorship rounds they hold per year, said Angela Kujava, Desai's managing director.

"We understand our programming a lot better now, of course, than that first cohort (in 2015), and understand what we're capable of and how our partners at the university are capable of supporting us, as well," she said.

Each startup receives $25,000, mentor support and Ann Arbor office space, in addition to a curriculum that aims to help the young companies grow to a place where they can seek outside investors. They will also pitch to potential investors at a Desai Demo Day.

Funding for the program is provided by the Desai Sethi Family Foundation, the Davidson Foundation, the Wadhams family and the Michigan Economic Development Corp.

The 2018 application period will begin in October.

---

**RECOMMENDED FOR YOU**

 Rocket, Dow halt political giving as companies respond to Capitol insurrection

 Read this week's issue: Flip through the pages today

 The week in review, with an eye on what's next

 Sponsored Content: Insurance industry responds to home health care growth

---

CRAIN'S DETROIT BUSINESS　　Get Detroit's essential news daily with Crain's free Michigan Morning newsletter.

https://www.crainsdetroit.com/article/20170717/news/634056/wireless-audio-health-care-platform-among-2nd-round-of-desai　　2/5

☐ Afternoon Report - *A daily summary of stories delivered Monday–Friday afternoon.*

☐ Crain's Breaking News Alert - *News delivered to your email as it happens.*

☐ *Yes, I would like to stay informed about new newsletters, editorial content, research reports, data products, white papers and surveys.*

☐ *Yes, please keep me informed on upcoming events, recognition programs and awards.*

**EMAIL ADDRESS**

[                    ]  **SUBMIT**



Comments for this thread are now closed                    ✕

0 Comments    **Crain's Detroit Business**    🔒 Privacy Policy    Login  ⌄

♡ Recommend  6        🐦 Tweet        f Share        Sort by Newest ⌄

This discussion has been closed



**GET FREE NEWSLETTERS**

Make sure you don't miss a thing by subscribing to our newsletters.

Email Address

[                    ]  **SIGN UP**

**SUBSCRIBE TODAY**

With a Crain's Detroit Subscription you get exclusive access, insights and experiences to help you succeed in business.

**SUBSCRIBE TODAY**

**CONNECT WITH US**

**CRAIN'S** DETROIT BUSINESS        Get Detroit's essential news daily with Crain's free Michigan Morning newsletter.

Our Mission
*Helping you succeed in business since 1985.*

---

## CRAIN'S DETROIT BUSINESS

### CONTACT US

1155 Gratiot Avenue
Detroit MI  48207-2997

877-824-9374

Email customer service

Crain jobs

### RESOURCES

Manage Newsletters                                          Reprints

Staff                                                      Ad Choices ▷

Sitemap

### ADVERTISE

Media Kit

Advertise with us

Classified Advertising

### LEGAL

Terms and Conditions

Privacy Policy

Privacy Request

## CRAIN

Copyright © 1996-2021. Crain Communications, Inc. All Rights Reserved.

---

**CRAIN'S** DETROIT BUSINESS          Get Detroit's essential news daily with Crain's free Michigan Morning newsletter.

# EXHIBIT G

1/11/2021
Sahi Cosmetics wins $100,000 in Rise of the Rest pitch competition
Case 2:21-cv-10108-LJM-CI ECF No. 1-1 PageID.55 Filed 01/14/21 Page 29 of 64

# CRAIN'S DETROIT BUSINESS

SUBSCRIBE     MY ACCOUNT · LOGIN     MENU

Home › News

October 12, 2017 07:28 AM

## Sahi Cosmetics wins $100,000 in Rise of the Rest pitch competition

TYLER CLIFFORD

TWEET     SHARE     SHARE     EMAIL

REPRINTS



CRAIN'S DETROIT BUSINESS     Get Detroit's essential news daily with Crain's free Michigan Morning

- Shelly Sahi created product line for women of ethnic medium skin tones

- Company gets second $100,000 investment this year

- 8 startups competed in the competition in Ann Arbor

---

Sahi Cosmetics LLC won the $100,000 grand prize at the Rise of the Rest Road Tour pitch competition at the Michigan Theater in Ann Arbor on Wednesday evening.

Owner Shelly Sahi created the product line for women of ethnic medium skin tones. The Ann Arbor-based company markets the makeup to women with olive and yellow undertones who may be of Arab, Indian, Pakistani, Mediterranean or Hispanic descent, Crain's reported.

The Ann Arbor-based startup has gotten a lot of attention this year, including a $100,000 investment from the Zell Lurie Founders Fund at the University of Michigan in August.



Shelly Sahi (center), founder of Ann Arbor-based startup Sahi Cosmetics LLC, accepts her $100,000 prize at the Rise of the Rest Road Tour pitch competition in Ann Arbor on Wednesday.

---

**CRAIN'S** DETROIT BUSINESS           Get Detroit's essential news daily with Crain's free Michigan Morning

Case 2:21-cv-10108-LJM-CI ECF No. 1-1, PageID.57 Filed 01/14/21 Page 31 of 64

We hope to raise $1 million for our seed round."

Sahi, a former materials engineer at Ford Motor Co., had problems finding makeup that worked for herself and saw an opportunity to use her science background to produce custom blends at scale.

The Rise of the Rest competition is led by Steve Case, the chairman of Washington, D.C.-based investment firm Revolution LLC and co-founder and former chairman of AOL Inc. The judge panel included Case, *Hillbilly Elegy* author J.D. Vance, Revolution partner David Hall, Revolution Vice President Ashley Larson, University of Michigan Ross School of Business Dean Scott DeRue and Troy-based The Kresge Foundation Vice President Robert Manilla.

The pitch competition finalists included the following startups:

SkySpecs LLC, Ann Arbor - Danny Ellis, CEO: Company automates predictive maintenance of energy infrastructure with drones.
Pitstop, Ontario - Shiva Bhardwaj, CEO: Pitstop predicts vehicle failures before they happen.
Genomenon Inc., Ann Arbor - Mike Klein, CEO: Genomenon creates interpretation software for diagnosing and treating cancer.
Inmatech Inc., Ann Arbor - Les Alexander, CEO: The company commercializes novel high-performance supercapacitors for energy storage systems.
Warmilu LLC, Ann Arbor - Grace Hsia, CEO: Warmilu provides nonelectric warmth to those who need it most.
SurClean Inc., Wixom - Susan Sprentall, founder, president and CEO: The company's laser surface prep removes paint, replacing traditional methods.
Civionics Inc., Ann Arbor - Gerry Roston, CEO: Civionics improves manufacturers' profitability by reducing downtime.

Case kicked off the Ann Arbor stop of his Rise of the Rest tour with a breakfast session at which he made his case for why the Midwest should be home to the next wave of tech startups. Later, in a panel discussion that included Detroit billionaire Dan Gilbert, he talked about Ann Arbor and Detroit's increasingly important role in entrepreneurship and its missing cohesion.

RELATED ARTICLES

Case in Ann Arbor: Midwest should be home to next wave of tech startups

Ann Arbor, Detroit must work together to further investment, Rise of the Rest p…

RECOMMENDED FOR YOU


Rocket, Dow halt political giving as companies respond to Capitol insurrection


Read this week's issue: Flip through the pages today


The week in review, with an eye on what's next



**Sponsored Content: Beginning the 'long climb' toward economic and social stability**

## SIGN UP FOR NEWSLETTERS

☐ Michigan Morning - *News delivered early Monday–Friday*

☐ Afternoon Report - *A daily summary of stories delivered Monday–Friday afternoon.*

☐ Crain's Breaking News Alert - *News delivered to your email as it happens.*

☐ *Yes, I would like to stay informed about new newsletters, editorial content, research reports, data products, white papers and surveys.*

☐ *Yes, please keep me informed on upcoming events, recognition programs and awards.*

**EMAIL ADDRESS**

[ ]    **SUBMIT**

☐ I'm not a robot

reCAPTCHA
Privacy - Terms

---

**CRAIN'S** DETROIT BUSINESS      Get Detroit's essential news daily with Crain's free Michigan Morning

Comments for this thread are now closed                                        ✕

2 Comments    **Crain's Detroit Business**    🔒 Privacy Policy    Login ▾

❤ Recommend 32        🐦 Tweet        f Share                    Sort by Newest ▾

**Tara Cavanaugh** • 3 years ago
I would like to respectfully suggest that "ethnic medium skin tones"
sounds both dated and redundant. We all have an ethnicity. "Ethnic
skin tones" is something my grandma would say (and she has, as
she's white and I'm half-Hispanic). Thank you for considering a
change.
⌃ | ⌄ • Share ›

**E M Parmelee** • 3 years ago
Congrats



## GET FREE NEWSLETTERS

Make sure you don't miss a thing by subscribing to our newsletters.

Email Address

[                                                    ]    SIGN UP

## SUBSCRIBE TODAY

With a Crain's Detroit Subscription you get exclusive access, insights and experiences to help you succeed in business.

SUBSCRIBE TODAY

## CONNECT WITH US

f    🐦    in    📷

Our Mission
*Helping you succeed in business since 1985.*

**CRAIN'S** DETROIT BUSINESS

Detroit MI  48207-2997

877-824-9374

Email customer service

Crain jobs

**RESOURCES**

Manage Newsletters                                          Reprints

Staff                                                        Ad Choices ▷

Sitemap

**ADVERTISE**

Media Kit

Advertise with us

Classified Advertising

**LEGAL**

Terms and Conditions

Privacy Policy

Privacy Request

# CRAIN

Copyright © 1996-2021. Crain Communications, Inc. All Rights Reserved.

**CRAIN'S** DETROIT BUSINESS          Get Detroit's essential news daily with Crain's free Michigan Morning

# EXHIBIT H



# CRAIN'S DETROIT BUSINESS

Advertise   Newsletters   People/Company Moves   Podcasts

SUBSCRIBE   MY ACCOUNT   LOGIN

THIS WEEK   NEWS & DATA   AWARDS   SPECIAL FEATURES   VOICES   EVENTS   CONTENT STUDIO   MORE +

---

**TWENTY IN THEIR 20S**





Jacob Lewkow

ALL   <PREV   NEXT>

## Sheleen Sahi, 29

*CEO & Founder,* SAHI Cosmetics

Laura Cassar

 TWEET    SHARE   MORE ▼

Most entrepreneurs have an "aha" moment that motivates them to make their dream a reality. For 29-year-old Sheleen Sahi, that moment came in the form of a brain tumor.

Sahi always had an obsession with beauty and a frustration with the limited products available to women of color like herself. After emergency brain surgery in August 2015 to remove a hemorrhaging tumor on her pituitary gland, Sahi — a biology major and former materials engineer at Ford Motor Co. — realized nothing compared to the passion she felt for beauty and fashion. Three days after the surgery, she was back in her MBA Operations class at the University of Michigan's Ross School of Business, but in her personal time she started using her science background to formulate cosmetic products based on skin undertones.

Sixteen months later, the day after she completed her MBA, Sahi walked into Desai Accelerator, a 16-week program for startups that provides funding, mentorships and resources.

Since then, Sahi said, "The hustle never stops."

First came the funding, including an investment of $25,000 as part of acceptance into Desai and another $27,000 when she took the top prize at the Michigan Business Challenge. The Zell Lurie Founders Fund at UM made a seed investment of $100,000. And then, just when Sahi thought she was "over" doing pitch competitions, her Desai team encouraged her to do one more, for Steve





Case's Rise of the Rest, with a $100,000 prize. Sahi won first place.

Next came making connections. With an arm covered in lipstick and eyeshadow swatches, Sahi attended Gen Beauty Expo in Toronto. She was handing out her business card and asking women — about 2,000 of them — to follow her on Instagram when an older European man approached her and asked about her company. She gave him her 30-second elevator pitch. He turned out to be Marcelo Camberos, the CEO of ipsy, a cosmetics subscription service. He liked what he heard and put Sahi Cosmetics into two of ipsy's monthly subscription Glam Boxes.

Word started to spread. A colleague from Rise of the Rest told her about the Target Takeoff Accelerator Program, to which she applied and was accepted. While her luxury line wasn't right for the mass merchant, they liked her innovative idea enough to help her seal the deal she was working on with Macy's, getting her into two Los Angeles stores on a one-month contract.

"Macy's is a great platform to tell our story," Sahi said. "You have to take advantage of every opportunity."

This June Sahi will open a flagship store in Dearborn that will both sell products and offer services.

"I never anticipated so many die-hard fans." Sahi said. "To know that someone is using my product every single day is what I'm most proud of. I'm part of their morning routine and that's really satisfying to know."





# EXHIBIT I

https://tcbmag.com/target-attracts-10-beauty-startups-for-third-annual-target-takeoff-accelerator-program/

01/11/2021




# TWIN CITIES BUSINESS

INDUSTRY    LEADERSHIP    STARTUPS    WORK LIFE    VIEWPOINT    EVENTS

Newsletters    Subscribe    Magazine    Podcast    Companies    Notable    TCB People & Co    TCB Lists

HOME | TOURISM | TARGET ATTRACTS 10 BEAUTY STARTUPS FOR THIRD-ANNUAL TARGET TAKEOFF ACCELERATOR PROGRAM





Participants of Target Takeoff gathered for a group meeting. (Photo courtesy of Target)

TOURISM

## Target Attracts 10 Beauty Startups For Third-Annual Target Takeoff Accelerator Program

Participating brands set to receive assistance with pitch and product through the annual program include skincare companies from Australia, a New York-based haircare company, and more.

**By Amanda Ostuni**
**January 30, 2019**

 

Target prides itself on developing new brands and products—a number of which eventually land in stores—through business accelerators and outreach efforts. At the close of January, the Minneapolis-based retailer is kicking off its third annual accelerator program Target Takeoff with a new cohort of beauty and self-care product makers.

The ten companies were selected through a worldwide search. With Target having focused the Takeoff program on beauty products last year, and expanded the scope of emerging beauty categories this year, their offerings range from all-natural skincare to wellness remedies, to beauty supplements, and more.

Through Target Takeoff, which launched at Target's headquarters this week, the startups will receive mentoring and workshop experiences to ultimately refine their pitches and



**TRENDING NOW**

 U.S. Bank Suspends Political Action Committee Contributions

 A Zombie Mall Gets A New Lease On Life

 Bright Health To Buy California-Based Central Health Plan Amid Ballooning Growth

 Commercial Plastics Closing Lakeville Plant; 122 Employees To Lose Jobs

 UnitedHealth To Buy Nashville Health Tech Firm For $8B

 Amid Chaos At The U.S. Capitol, Walz Lifts Some Business Restrictions



THE LATEST LOCAL BUSINESS NEWS

products. The accelerator will culminate in Minneapolis on February 28 for a product
showcase.



**SPONSORED**   Caribou

### Sewing And Serving With Love

At the start of the pandemic earlier this year,
Faribault Woolen Mill Co. sewed masks for 5,000-
plus Caribou Coffee employees. Now, the two
iconic Minnesota brands are partnering on an
exclusive merchandise collection.

Previous Target Takeoff participants have found their way onto Target's shelves. Such
was the case for skincare brand Oars + Alps, which will have its products hit Target
shelves in February.

The ten new businesses in this year's program are:

**Allyoos**

- From New York City, New York
- Makes clean-ingredient hair-care products (such as a one-step wash solution) for all
  hair types

**Black Chicken Remedies**

- From Sydney, Australia
- Makes essential oils and natural ingredient-based remedies for skin, hair, body and
  mind

**Ducalm Skincare**

- From Southport, Connecticut
- Makes skincare products for when you leave the gym

**Everyday for Every Body**

- From Sydney, Australia
- Makes sunscreen products and brands itself as a lifestyle company

**Olive+M**

- From Austin, Texas
- Makes olive oil-infused skincare products

**Pholk**



JUMPSTART
YOUR WEEK.    NEWS.    TCB **SundayPrimer**
             PERSPECTIVES.
             STRATEGY.

- From Jersey City, New Jersey
- Makes natural vegan skincare products with non-comedogenic botanicals

**Sahi Cosmetics**

- From Plymouth, Michigan
- Makes luxury makeup products for every skin tone

**SkinKick**

- From Dallas, Texas
- Make skincare products focused on acne relief



SPONSORED CONTENT

**TCB PEOPLE & CO**

Fullerton Building Systems, Inc.
**Cathy Schmidt**                        

Wolters Kluwer                           

Accessible360 (A360)
**Accessible360**                        

Saint Paul & Minnesota Foundation
**Ellen Brownell**                       

*Working from home?*

Scotch Porter

- From East Orange, New Jersey
- Make head-to-toe grooming brand for all genders and various cultures

Terra Origin

- From Hauppauge, New York
- Makes vitamin and powder supplements focused on overall well-being





**AMANDA OSTUNI**

See all stories by this author >



# RELATED STORIES



HOSPITALITY

**Local Hotels Get Creative During a Holiday Season Without Travel**



SPONSORED

**Sewing and Serving with Love**



ARTS + ENTERTAINMENT

**Great Northern Offers New Inspiration to Embrace Winter**



TOURISM

**Minneapolis Promotes Tourism at Home to Boost Local Businesses**





Advertise | Subscribe | Newsletters | Contact

# TWIN CITIES BUSINESS

TCB Staff
Editorial Calendar
Manage Your Account
Privacy Policy
Terms of Service
MSP Communications

MSP Communications, 901 N. 3rd Street, Suite 195, Minneapolis, 55401 © 2021 Key Enterprises LLC All rights reserved.

Website by Web Publisher PRO

# EXHIBIT J



https://www.secondwavemedia.com/concentrate/innovationnews/sahicosmetics0399.aspx 01/11/2021

concentrate

REGION ▾  FOCUS AREAS ▾  CITY ▾  SERIES ▾                    CONTACT    SUBSCRIBE

# Cosmetics company wins best business at Michigan Business Challenge

SARAH RIGG | WEDNESDAY, FEBRUARY 22, 2017

SHARE





ADVERTISEMENT

TheRide
**Temporary Service Plan now in effect**
Click for the latest route information

Doug Coombe

Zell Lurie Institute executive director Stewart Thornhill with Michigan Business Challenge winner Shelly Sahi.

A cosmetics company focused on Arab, Latina, and Indian consumers was named winner of the Michigan Business Challenge on Friday, Feb. 17, after a multi-round pitch competition.

Sponsored by the University of Michigan's (U-M) Zell Lurie Institute (ZLI), the Michigan Business Challenge gives U-M student teams the opportunity to win more than $85,000 in cash prizes and get feedback from business leaders. Challenge winner Sahi Cosmetics took home a $25,000 award for best business, plus an additional $2,000 for outstanding presentation.

Shelly Sahi brainstormed her business idea in December 2015 after consulting with a mentor at ZLI. She determined that there was no direct competitor for the market she was targeting – primarily Arab, Latina, and Indian women with medium skin tones.

"I've been a makeup artist my whole life, and I know that it's hard to find makeup for women with yellow and olive undertones to their skin," Sahi says.

She says she thinks her pitch stood out to the judges because of her enthusiasm and her attention to market research, which showed there was a gap to be filled.

"If it's something you truly believe in, something you really want to see come to fruition, that's what comes through in your pitch," Sahi says.

Sahi completed her MBA at U-M's Ross School of Business and currently runs her business out of U-M's Desai Accelerator. She worked at Ford before she started her MBA studies and initially thought she would return there after she graduated.

"I wasn't thinking of being an entrepreneur," she says. "It started as something on the side but turned into so much more."

After funding a successful Kickstarter campaign in 2016, she is now working at her cosmetics business 70 hours a week, with three interns working part-time under her.

Sahi says the prize money will help her develop an "aggressive" go-to-market strategy. Short-

NEWSLETTER SIGNUP

ADVERTISEMENT


Eat more fruits and veggies.
Healthy Choices Catch On

**TOP STORIES**

In COVID-19 pandemic, Ann Arbor-based Workit Health finds opportunity to combat opioid epidemic

Ypsilanti District Library to host virtual version of traveling national exhibit on civil rights

Washtenaw County's 5 best hiking routes

Virtual event benefiting U-M senior service programs seeks storytellers

Ann Arbor's 10 most interesting houses

Responding to pilot shortage, EMU aviation program takes flight with highest enrollment ever

term plan that includes receiving philanthropic donations in the Detroit metro area in a year and a five-year plan that includes opening a flagship store in Detroit.

In addition to the best business plan track, the Michigan Business Challenge also offers an "Impact Track" that supports teams with a social or environmental mission. The winner of the Impact Track was AIMTech, a startup that has developed an affordable, high-quality, low-tech pressure ventilator that requires no electrical power. The business' aim is to prevent deaths caused by respiratory illnesses in infants living in low-income countries.

**Sarah Rigg is a freelance writer and editor based in Ypsilanti Township. You may reach her at** sarahrigg1@gmail.com.

Photo by Doug Coombe.

SHARE

TAG  BEAUTY, BUSINESS DEVELOPMENT, DIVERSITY, ENTREPRENEURSHIP, EQUITY, UNIVERSITY OF MICHIGAN

In new video series, Ann Arbor and Ypsi musicians perform and chat in a car

Avalon Housing seeks community support to furnish units at new affordable housing complex

Ypsilanti-based travel app Zonder pivots to encourage pandemic-friendly adventures at home

Recent U-M grad's face-mask startup booms, but is built to last post-pandemic

ADVERTISEMENT



ADVERTISEMENT



ACROSS OUR NETWORK







Flint artist Cam Howe talks sports dreams, reflects on the past & future goals
SOURCE: FLINTSIDE

Input Home Tours: Former New Yorkers share their eclectic urban loft on The Landing in Fort Wayne
SOURCE: INPUT FORT WAYNE

Washtenaw County venues turn to streaming shows to maintain community connections during pandemic
SOURCE: CONCENTRATE

On our radar: Most anticipated projects coming to the Tampa Bay Area in 2021
SOURCE: 83DEGREES

SPONSORED BY









REGIONS
SECOND WAVE - MICHIGAN

FOCUS AREAS
ARTS AND CULTURE    COMMUNITY

NEWSLETTER SIGNUP

ABOUT CONCENTRATE
CONTACT US

# EXHIBIT K





# EXHIBIT L

 Gmail

Jeanette M. Braun <jmbraun@brauniplaw.com>

---

## Fwd: We Want to Honor You. Motor City Honors "Twenty to Watch"

**Jeanette M. Braun** <jmbraun@brauniplaw.com>
Draft

Mon, Jan 11, 2021 at 8:23 PM

From: **Sakija Wilkinson** <swilkinson@detroitmbdacenter.com>
Date: Fri, Aug 23, 2019 at 9:57 AM
Subject: We Want to Honor You. Motor City Honors "Twenty to Watch"
To: shelly@sahicosmetics.com <shelly@sahicosmetics.com>



Hello Shelly,

On behalf of the Michigan Minority Supplier Development Council (MMSDC), its Board of Directors, members, and staff, I would like to congratulate you on being selected as one of our Motor City Honors 2019 "Twenty to Watch."

The newly revamped, repurposed and reinvigorated Motor City Honors event (formerly Motown Live) takes place during the Congressional Black Caucus Foundation's Annual Legislative Conference (CBC) in Washington, D.C. on Friday September 13th from 7:00pm to 11:00pm. The purpose of the event is to highlight the diversity, strength, and influence of Michigan's dynamic congressional delegation, and to honor well deserving individuals and businesses that have distinguished themselves in various fields. Historically the CBC event has been attended by members of Michigan's Congressional and State Legislative Delegations, as well as luminaries of politics, business, and entertainment from across the nation.

As part of our Motor City Honors event which features five (5) top iconic business and community honorees, we added "Twenty to Watch" to highlight emerging industry and community leaders. This prestigious list celebrates local business professionals, community activists and entrepreneurs who have exhibited the power to lead and cultivate change. These individuals participate in community service, mentorship, and inspire others through their passion and skills. So, congratulations and thank you for your impact.

We hope you will accept this special honor and personally be in attendance as we celebrate you and other influential leaders at CBC. Please RSVP to Bridget Daly (bdaly@minoritysupplier.org) no later than August 30th.  You and one guest may attend free of charge. We encourage you to also invite friends and family to celebrate your success! Additional tickets may be purchased at

https://www.eventbrite.com/e/motor-city-honors-michigan-delegation-cbc-reception-tickets-69293810653

Through the following link https://minoritysupplier.org/headshot-submission/ Please submit a compelling 180-word bio and professional headshot. The deadline for submission is **Tuesday, August 27th**. Head shots must be in JPEG or PNG format with a minimum of 300 dpi.

Again, congratulations.  We look forward to celebrating you!

Sincerely,

Michelle Sourie Robinson

President and CEO

Thank you.

Sakija

*Warm Regards,*

**Sakija Wilkinson**

**MBDA Research Analyst & MMSDC Customer Service Coordinator**

**100 River Place Drive  | STE. 300 | Detroit, MI  48207**

☎ 313-262-7572 Direct | 🖷 313-338-3615 Fax

swilkinson@detroitmbdacenter.com |swilkinson@minoritysupplier.org

www.minoritysupplier.org



**Attend the 2019 ACE Awards**
**Friday, October 4th at Suburban Collection Showplace**
http://awards.minoritysupplier.org

**View this years ACE Ambassadors.**



100 River Place Dr., Suite 300
Detroit, MI 48207
minoritysupplier.org

--
SHELLY SAHI
CEO/FOUNDER | 734 837 1222
https://www.linkedin.com/in/sheleensahi/
sheleen@sahicosmetics.com
https://sahicosmetics.com

# EXHIBIT M

   

AWARDS    FIND ▾    REVIEWS ▾    COUPONS ▾    SPOILERS ▾    MORE ▾

Find coupons and reviews

*Last updated by Hello Subscription on September 28, 2018. Subscription Box News / FabFitFun Box News*

# FabFitFun Fall 2018 Edit Sale Spoilers!

Hello Subscription may earn compensation via links in this post. Read the full disclosure →



The FabFitFun Box  Fall 2018 Edit Sale is coming soon!  Select Members will have Early Access beginning October 1. All members will have access beginning October 4!

> *Every season, members have access to an exclusive sale called the "Edit" containing amazing products for huge discounts, 25%-70% off! Each sale will be open for a limited period of time and functions just like a seasonal add-on sale (with automatic checkout)!*

The sale will feature beauty, fashion, fitness, wellness, and lifestyle items at 30% to 70% off.

You can subscribe now  to get access!   New members can save $10 on the Fall Box with code **FAB10**!

**HOW IT WORKS**

TOP SUBSCRIPTIONS

 Best Knife Subscription Boxes for 2021

 Best CBD Subscriptions & Boxes

 2021's Best Subscription Boxes for Gamers

**SELECT YOUR FAVORITES**

Shop over 100 products
between **30%-70% off!**

## NO CHECKOUT REQUIRED

All products in your cart will be
automatically billed on October 9.

### GET FREE SHIPPING

Shipping is **FREE** for any orders over
$25 within the contiguous U.S.

Edits are just like Add-Ons and you'll be auto-billed for everything at the end of the sale. Billing begins the morning of October 9.

Here are some spoilers for the sale:





**BTB Los Angeles Jewelry Dish $9 (Original $38)**
-Mint hexagon: Hello Gorgeous
-White heart: Positive Vibes





**Frasier Sterling Rosé Huggie Trio $14 (Original $79)**
-Includes: 3 pairs of earrings

Left to right:
-0.75 inch drop
-0.5 inch drop
-0.5 inch drop









**Summer & Rose Ella Crossbody $24 (Original $72)**
-Colors: Black or Burgundy
-8" H x 11" L x 4" W
-Vegan leather

Care instructions:
-Soak a cloth or sponge in water and wipe down the surface
-Let air dry
-Do not put in wash
-Do not bleach
-Do not dry clean



**Tease Tea Pumpkin Spice Tea $7 (Original $13.95)**
-Ingredients: Black tea, cinnamon, apple, orange, rosehip pieces, hibiscus, and calendula
-Up to 20 servings
-Dairy-free, wheat-free, GMO-free
-All-natural flavors







Epic Garden — Wellness Journal, $5 (Original $10)

**Erin Condren Wellness Log $5 (Original $12)**
-5.7" x 8.25"
-80-page count: 1 title page, 2 pages of wellness goals, 72 pages of monthly progress, 4 lined pages, 1 quote page
-Built-in pocket
-Watercolor front cover with quote, "Energy flows where attention goes"
-6 months of wellness planning
-Rose gold sticker sheet included





**Sahi Cosmetics MYSTIC Primer + Serum $9 (Original $32)**
-1 fl oz/30 ml
-Cruelty-free
-Paraben-free
-Made in Korea
-Lightly fragranced

How to Use:

1. Test patch before using.
2. Cleanse skin before application.
3. Squeeze out a dime size amount on fingertips and work into skin evenly before applying makeup.

**Visit FabFitFun Box to find out more!**



COMMENTS

Write a comment *

eg.I love this box. It makes me
smile...

Name *



# EXHIBIT N



**UNITED STATES OF AMERICA**

**The State of Michigan**

## Department of Licensing and Regulatory Affairs

### Lansing, Michigan

**CERTIFICATE OF REGISTRATION**

*On December 11 , 2020 the Trademark consisting of Design Only and described as follows:*
**NO WORDS**

*COLOR MARK FOR IRIDESCENT PEARL MULTICOLOR HUE WITH A BLUE TO PINK SHIFT.  COLOR OF IRIDESCENT PEARL MULTICOLOR HUE WITH A BLUE TO PINK SHIFT IS CLAIMED AS A FEATURE OF THE MARK.*

*was registered in this office in accordance with the provisions of 1969 PA 242 on behalf of*
**SAHI COSMETICS L.L.C.,**

*whose business address is*
**9079 COUNTRYWOOD DR,**
**PLYMOUTH , MI 48170.**

*Said mark was first used in commerce anywhere on November 9 , 2017, and was first used in commerce in Michigan on  November 9 , 2017. The mark is appropriated to the following class of services:  50, and is used in connection with the following:*
**MAKE UP PRIMER.**

*The registration shall remain for a term of ten years from the date of registration, or renewal thereof, unless assigned or canceled in the manner provided by law.*

*The identification number assigned by this office to said mark is 802571178.*



*In testimony whereof, I have hereunto set my hand,*
*in the City of Lansing, this 15th day of December , 2020.*

*Linda Clegg, Interim Director*

*Corporations, Securities & Commercial Licensing Bureau*