# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SAHI COSMETICS L.L.C., *Plaintiff,* v. REA.DEEMING BEAUTY, INC. D/B/A BEAUTYBLENDER, *Defendant.* | Case No. 2:21-cv-10108-LJM-CI<br><br>Assigned to Hon. Laurie J. Michelson<br>Magistrate Judge Curtis Ivy, Jr.<br><br>**NOTICE OF FILING EXHIBITS IN THE TRADITIONAL MANNER** |

## NOTICE OF FILING EXHIBITS IN THE TRADITIONAL MANNER

Please take notice that the undersigned has filed exhibits to Defendant's Motion to Dismiss in the traditional manner. The exhibits are further identified in the Index of Exhibits filed concurrently herewith.

Leave of Court was granted on April 19, 2021 by the above judicial officer.

The exhibits have been served in hard copy on all parties pursuant to federal and local rules.

73611-00016/4018175.1

Dated:  April 19, 2021
   Los Angeles, California.

Respectfully submitted,

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: /s/ Aaron J. Moss
 Aaron J. Moss, Cal. Bar No. 190625
 Joshua M. Geller, Cal. Bar No. 295412
 2049 Century Park East, Suite 2600
 Los Angeles, California  90067
 310.553.3610
 amoss@ggfirm.com
 jgeller@ggfirm.com

FISHMAN STEWART, PLLC
Maxwell Goss, Bar No. P78594
600 Tower Dr., Suite 610
Troy, Michigan 48098
248.594.0604
mgoss@fishstewip.com

*Attorneys for Defendant*
*REA.DEEMING BEAUTY, INC. D/B/A*
*BEAUTY BLENDER*