UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SAHI COSMETICS L.L.C., <br><br> *Plaintiff,* <br><br> v. <br><br> REA.DEEMING BEAUTY, INC. D/B/A BEAUTYBLENDER, <br><br> *Defendant.* | Case No. 2:21-cv-10108-LJM-CI <br><br> *Assigned to Hon. Laurie J. Michelson* <br><br> *Magistrate Judge Curtis Ivy, Jr.* <br><br> **INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

**INDEX OF EXHIBITS IN SUPPORT OF MOTION TO DISMISS**

The following exhibits in support of Defendant's Motion to Dismiss are being filed physically in the traditional manner and not electronically.

1. A physical product sample of Plaintiff Sahi Cosmetics, LLC's "Mystic primer serum" referenced in the Complaint.

2. A physical product sample of Defendant Rea.Deeming Beauty, Inc.'s "Opal Essence primer serum" referenced in the Complaint.

3. A USB Flash Drive containing a video posted by Sheleen Sahi, the principal of Sahi Cosmetic, LLC's, to her public TikTok social media account, and which is referenced in the Complaint.

.

| | |
|---|---|
| Dated: April 19, 2021<br>Los Angeles, California. | Respectfully submitted,<br><br>GREENBERG GLUSKER FIELDS<br>CLAMAN & MACHTINGER LLP<br><br>By: /s/ Aaron J. Moss<br>Aaron J. Moss, Cal. Bar No. 190625<br>Joshua M. Geller, Cal. Bar No. 295412<br>2049 Century Park East, Suite 2600<br>Los Angeles, California  90067<br>310.553.3610<br>amoss@ggfirm.com<br>jgeller@ggfirm.com<br><br>FISHMAN STEWART, PLLC<br>Maxwell Goss, Bar No. P78594<br>600 Tower Dr., Suite 610<br>Troy, Michigan 48098<br>248.594.0604<br>mgoss@fishstewip.com<br><br>*Attorneys for Defendant*<br>*REA.DEEMING BEAUTY, INC. D/B/A*<br>*BEAUTY BLENDER* |