UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SAHI COSMETICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>REA.DEEMING BEAUTY, INC.,<br><br>    Defendants. | Case No. 21-10108<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Curtis Ivy |

## ORDER REGARDING DETERMINATION OF MOTION

Before the Court is Defendant's Motion to Dismiss, filed April 19, 2021. The response brief and any reply brief shall be filed in compliance with E.D. Mich. LR 7.1.

If the total brief (including exhibits) exceeds 20 pages, a courtesy copy of the motion, brief, response, or reply, with tabbed and highlighted exhibits, shall be mailed or hand delivered to United States District Judge Laurie J. Michelson at 231 W. Lafayette, Room 737, Detroit, MI 48226. Courtesy copies should conform to Judge Michelson's case-management requirements that were docketed earlier in the case (usually as part of the scheduling order).

If, upon review of all the briefing, the Court finds that oral argument would aid in resolving the disputed issues, a notice will be filed on the docket setting a hearing. Otherwise, the Court will decide the motion on the briefs. *See* Fed. R. Civ. P. 78(b); E.D. Mich. LR 7.1(f).

SO ORDERED.

Dated: April 22, 2021

                                    s/Laurie J. Michelson
                                    LAURIE J. MICHELSON
                                    UNITED STATES DISTRICT JUDGE