

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

SAHI COSMETICS L.L.C.,

     *Plaintiff,*

v.

REA.DEEMING BEAUTY, INC.
D/B/A BEAUTYBLENDER,

     *Defendant.*

Case No. 2:21-cv-10108-LJM-CI

*Assigned to Hon. Laurie J. Michelson*

*Magistrate Judge Curtis Ivy, Jr.*

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

## INDEX OF EXHIBITS IN SUPPORT OF MOTION TO DISMISS

The following exhibits in support of Defendant's Motion to Dismiss are being filed physically in the traditional manner and not electronically.

1. A physical product sample of Plaintiff Sahi Cosmetics, LLC's "Mystic primer serum" referenced in the Complaint.

2. A physical product sample of Defendant Rea.Deeming Beauty, Inc.'s "Opal Essence primer serum" referenced in the Complaint.

3. A USB Flash Drive containing a video posted by Sheleen Sahi, the principal of Sahi Cosmetic, LLC's, to her public TikTok social media account, and which is referenced in the Complaint.

**Placed on shelf in records.**

Dated:  April 19, 2021
         Los Angeles, California.

Respectfully submitted,

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP


By: */s/ Aaron J. Moss*
_____
Aaron J. Moss, Cal. Bar No. 190625
Joshua M. Geller, Cal. Bar No. 295412
2049 Century Park East, Suite 2600
Los Angeles, California  90067
310.553.3610
amoss@ggfirm.com
jgeller@ggfirm.com

FISHMAN STEWART, PLLC
Maxwell Goss, Bar No. P78594
600 Tower Dr., Suite 610
Troy, Michigan 48098
248.594.0604
mgoss@fishstewip.com

*Attorneys for Defendant*
*REA.DEEMING BEAUTY, INC. D/B/A*
*BEAUTY BLENDER*





